FILED

09 SEP 16 AM 9:31

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 259 MISC

Richard Hamm - # 061401

_____/

**ORDER TO SHOW CAUSE**

It appearing that Richard Hamm has been suspended for 6 months. Two years probation with conditions and until shows proof of rehabilitation, fitness to practice, and learning and ability in the general law by the Supreme Court of California effective July 16, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 20, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Richard Hamm
Attorney at Law
12 S 1st St. # 809
San Jose, CA 95113-2405